**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6402

MICHAEL TYRONE PERRY,

Plaintiff – Appellant,

v.

SCDC; LEE CI; A. J. PADULA, Warden; CAPTAIN RONNIE CRIBB;
SMU ADMINISTRATOR BRUCE OBERMAN; WILLIAM A. BYARS, Director
over SCDC; DOCTOR EDWARD STAHL; NURSE ADMINISTRATOR YVONNE
MCDONALD; IGC C JAMES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. Richard Mark Gergel, District
Judge. (4:12-cv-01205-RMG)

Submitted: May 23, 2013                      Decided: May 29, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Tyrone Perry, Appellant Pro Se. Steven Michael Pruitt,
MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Tyrone Perry appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perry v. South Carolina Dep't of Corr., No. 4:12-cv-01205-RMG (D.S.C. Feb. 25 & Mar. 14, 2013). We also deny Perry's motions to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2